JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY WERNER, <br><br> Plaintiff, <br><br> v. <br><br> TRIBUNE MEDIA COMPANY, et al., <br><br> Defendants. | Case No. CV 17-774-GW(KSx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that (1) this action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); (2) This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; (3) The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and (4) The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

IT IS SO ORDERED.

Dated: October 2, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE